# White and Williams LLP

**Brittany Cruz**

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6215 | Fax 215.789.7653
cruzb@whiteandwilliams.com | whiteandwilliams.com

August 16, 2023

Via Electronic Filing

The Honorable Wendy Beetlestone
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      RE:      Michelle M. Saverase v. Unum Life Insurance Company of America
                  Docket No.: 2:23-cv-01796-WB

Dear Judge Beetlestone:

      The parties have settled this matter and are in the process of exchanging settlement documents. Thank you for your time and attention to this matter.

Respectfully submitted,

WHITE AND WILLIAMS LLP

*Brittany Cruz*

Brittany Cruz

BC:me